SAM LAPIDES *v.* DEPARTMENT OF PUBLIC SAFETY, DIVISION OF STATE POLICE, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 818, is denied.

*Sam Lapides,* pro se, in support of the petition.

Decided February 21, 1990

STATE OF CONNECTICUT *v.* SCOTT SOLTES

The state of Connecticut's petition for certification for appeal from the Appellate Court, 20 Conn. App. 342, is granted, limited to the following issue:

"Did the Appellate Court err in holding that the trial court abused its discretion by excluding the testimony of the defendant's mother as to whether her 'other children suffer from any physical ailments, any medical problems' prior to any evidence that the defendant suffered from a genetic mental disorder?"

*Timothy J. Sugrue,* deputy assistant state's attorney, *Mary M. Galvin,* state's attorney, and *Michael J. Weber, Jr.,* deputy assistant state's attorney, in support of the petition.

*Elaine M. Scanlon,* in opposition.

Decided March 1, 1990

WILCOX TRUCKING, INC. *v.* MANSOUR BUILDERS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 420, is denied.

*Mary F. Haddon,* in support of the petition.

*Robert J. Reeve* and *Edward F. Scully,* in opposition.

Decided March 1, 1990